**JOSEPH M. BERNSTEIN**
ATTORNEY-AT-LAW

800 N. KING STREET • SUITE 302
WILMINGTON, DELAWARE 19801
(302) 656-9850
FAX (302) 656-9836

June 23, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

### Re: Winters v. Williams, C.A. 04-1361 JJF

Dear Judge Farnan:

    I know that there are many matters before the Court that compete for the Court's limited time and resources. Nevertheless, I am constrained to note that the above matter has been pending decision by the Court for approximately 15 months. If the Court believes that a brief oral argument might assist the Court, I would renew my request for oral argument.

Respectfully yours,

Joseph M. Bernstein

JMB/jm
cc: Clerk of the Court
    Loren C. Meyers, Esquire



WILMINGTON DE 197
23 JUN 2006 PM 2 T

Clerk's Office
United States District Court
844 King Street
Wilmington, DE 19801

JOSEPH M. BERNSTEIN
ATTORNEY-AT-LAW
SUITE 302
800 N. KING STREET
WILMINGTON, DE 19801