IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LARRY WINTERS,                          :
                                        :
          Petitioner,                   :
                                        :
     v.                                 :    Civ. Act. No. 04-1361-JJF
                                        :
RAPHAEL WILLIAMS, Warden,                :
and CARL C. DANBERG, Attorney           :
General of the State of Delaware,       :
                                        :
          Respondent.                   :

O R D E R

At Wilmington, this 27 day of June, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Larry Winters' Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (D.I. 1) is **DISMISSED**, and the relief requested therein is **DENIED**.

2. The Court declines to issue a certificate of appealability, because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

                                                    _/s/ Joseph J. Farnan_
                                              UNITED STATES DISTRICT JUDGE