IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LARRY WINTERS,** : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No. 04-1361 - JJF |
| : | |
| **RAPHAEL WILLIAMS**, Warden, : | |
| and **CARL C. DANBERG,** Attorney : | |
| General of the State of Delaware : | |
| Respondents. : | |

**NOTICE OF APPEAL**

Notice is hereby given that Larry Winters, the Petitioner in the above captioned action, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's Memorandum Opinion and Order dated June 27, 2006, which dismissed the Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. §2254.

Please take further notice that Petitioner will file a separate application for issuance of a certificate of appealability pursuant to LAR 22.1(a).

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH M. BERNSTEIN (#780)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　800 N. King Street - Suite 302
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　302-656-9850
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Petitioner

Dated: July 25, 2006

Thomas E. Brown, Esquire
Department of Justice
820 N. French Street
Wilmington, DE 19801
Attorney for Respondent