OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

**UNITED STATES COURT OF APPEALS**

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: http://www.ca3.uscourts.gov

TELEPHONE

267-299-4955

July 27, 2006

## NOTICE OF DOCKETING OF APPEAL

**Winters v. Williams**

**No.: 04-cv-01361**

**Honorable Joseph J. Farnan, Jr.**

An appeal by **Larry Winters** was filed in the above-captioned case on **07/25/06,** and docketed in this Court on **07/27/06,** at No. **06-3524**.

Kindly use the Appeals Docket No. **06-3524** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

All correspondence should be sent to the Case Manager and to the e-mail account **CA03db_DED Appeals**. Please notify Case Manager **Chanel R. Graham** at chanel_graham@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**