OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | Telephone<br>267-299-4955 |

www.ca3.uscourts.gov

July 27, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801


**RE: Docket No. 06-3524**
    **Winters vs. Williams**
    **D. C. No. 04-cv-01361**


Dear Mr. Dalleo:

     Receipt is acknowledged on 07/27/06, of notice of appeal filed with the district court on 07/25/06, in the above-captioned case.

     Since the notice of appeal filed on [insert] merely amends the appeal already docketed at No. 06-3524, this notice will not be given a new number but will be placed in the file.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk


                    By:  Chanel R. Graham
                         Case Manager


cc:
        Joseph M. Bernstein, Esq.
        Loren C. Meyers, Esq.